NATHAN BROWN, Appellant and Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent and Appellant.

Argued April 13, 1943; decided May 27, 1943.

*Harry M. Begun* for plaintiff, appellant and respondent.

*James D. Ewing* and *William R. McDermott* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.